13404

McEACHERN v. WILSON ET AL.

(164 S. E., 133)

*Messrs. Epps & Levy,* for respondents,

May 9, 1932.

The opinion of the Court was delivered by MR. CHIEF JUSTICE BLEASE.

The order of his Honor, Circuit Judge Grimball, appealed from in this case, is satisfactory to this Court. The exceptions thereto are overruled, and the order, which will be reported, is affirmed.

MESSRS. JUSTICES STABLER, CARTER and BONHAM concur.